# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00914-GPG

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MARVIN K. WASHINGTON,

    Petitioner,

v.

RICK RAEMISCH, Executive Director of the Colorado Dept. of Corrections,

    Respondent.

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

    Petitioner, a federal prisoner in Colorado, has submitted to the court a document titled "Notice of Appeal" (ECF No. 1) stating he seeks to appeal from an order entered by the Colorado Supreme Court.  Although it is not clear what type of action Petitioner intends to pursue or what claims he is asserting, the instant civil action has been commenced.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  If Petitioner does not intend to pursue a civil action in this court at this time, he should advise the court of that fact and the instant action will be dismissed.  Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  xx    is not submitted
(2)  __    is missing affidavit
(3)  __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  xx    is missing certificate showing current balance in prison account
(5)  __    is missing required financial information
(6)  __    is missing authorization to calculate and disburse filing fee payments
(7)  __    is missing an original signature by the prisoner
(8)  __    is not on proper form (must use the court's current form)
(9)  __    names in caption do not match names in caption of complaint, petition or habeas application
(10) xx    other: motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) xx    is not submitted
(12) __    is not on proper form
(13) __    is missing an original signature by the prisoner
(14) __    is missing page nos. ___
(15) __    uses et al. instead of listing all parties in caption
(16) __    names in caption do not match names in text
(17) __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __    other: _____.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain the proper, court-approved forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 30, 2015, at Denver, Colorado.

                        BY THE COURT:

                        s/ Gordon P. Gallagher
                        United States Magistrate Judge