**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00914-GPG

MARVIN K. WASHINGTON,

    Petitioner,

v.

RICK RAEMISCH, Executive Director of the Colorado Dept. of Corrections,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Petitioner's Motion for Clarification (ECF No. 7) is GRANTED as follows:  if Petitioner is challenging the validity of a state court criminal conviction or sentence, he must file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254; if Petitioner is challenging the execution of a sentence, he must file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241; if Petitioner is not seeking habeas corpus relief, he must file a Prisoner Complaint.

    Petitioner shall have **thirty (30) days from the date of this minute order** to file on the proper form a pleading that identifies the claim or claims he intends to pursue against Respondent if he wishes to pursue any claims against Respondent in this action.  Petitioner is reminded that the instant action will be dismissed without further notice if he fails to cure this deficiency within the time allowed.

Dated:  July 7, 2015